

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WC 4th AND RIO GRANDE, LP | § | No. 08-22-00225-CV |
| Appellant, | § | Appeal from the |
| v. | § | 345th District Court |
| LA ZONA RIO, LLC | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-GN-22-000195) |
| | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **February 1, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Brent C. Perry, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 1, 2023.

IT IS SO ORDERED this 17th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.